James E. KENNEDY, Appellant, v. Uzziel S. WHITCOMB and Alice M. Whitcomb, Debtors-Appellees.

No. 173.

Circuit Court of Appeals, Second Circuit.

May 1, 1946.

Francis D. Foley and Samuel H. Rothman, both of Burlington, Vt., for appellant.

Consuelo Northrop Bailey and J. H. Macomber, Jr., both of Burlington, Vt., for appellees.

Before SWAN, CLARK, and WOODBURY, Circuit Judges.

PER CURIAM.

The order is affirmed on the opinion of the District Court, 61 F.Supp. 942.

B. J. MAIER, Trading as Great Eastern Metal Co., Libellant, v. PUBLICKER COMMERCIAL ALCOHOL CO. (Now Publicker Industries, Inc.), Appellant.

No. 9041.

Circuit Court of Appeals, Third Circuit.

Argued March 5, 1946.
Decided April 30, 1946.

John B. Shaw, of Philadelphia, Pa. (Krusen, Evans & Shaw, of Philadelphia, Pa., on the brief), for appellant.

Otto Kraus, Jr., of Philadelphia, Pa. (Howard M. Long and Howard T. Long, both of Philadelphia Pa., on the brief), for appellee.

Before BIGGS, MARIS, and O'CONNEL, Circuit Judges.

PER CURIAM.

The decree of the court below is affirmed upon the painstaking opinion, findings of fact and conclusions of law of Judge Bard. See D.C., 62 F.Supp. 161.

MILNER HOTELS, Inc., Owner and Operator of Tyler Hotel, Appellant, v. Paul A. PORTER, Administrator, Office of Price Administration, for and on behalf of the United States of America, Appellee.

101 EAST FIRST STREET, Inc., Owner and Operator of Milner Hotel, Appellant, v. SAME.

Nos. 10178, 10179.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1946.

Bullitt & Middleton, of Louisville, Ky., for appellant.

Fritz Krueger, Dist. Enforcement Officer, and Jos. J. Grace, both of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

These causes were heard together upon the transcripts of record, briefs and arguments of counsel; on consideration whereof, it is ordered and adjudged that the judgments appealed from be and the same are affirmed upon the grounds and for the reasons set forth in the memorandum opinions of the District Judge and the findings of fact and conclusions of law filed September 21, 1945, 62 F.Supp. 493.